## Third Department, September, 1940.
### (September 11, 1940.)

The People of the State of New York ex rel. Louis Barksdale, Appellant, v. Joseph H. Wilson, as Warden of Great Meadow Prison, Comstock, N. Y., Respondent.— Application to extend time in which to perfect appeal. Application granted and time within which to perfect appeal extended three months. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of Philip Berlinger, Appellant, against Donis-Goldman-Ruff, Inc., and State Insurance Fund, Respondents. State Industrial Board, Respondent.— Motion to prosecute appeal on typewritten record denied, without costs, upon the ground that it appears that only a question of fact is involved and there was evidence to sustain the finding of the Board. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of Joseph Bogin, Appellant, against Currier & Bogin and New York Printers & Bookbinders Mutual Insurance Company, Respondents. State Industrial Board, Respondent.— Motion granted, without costs, on the authority of Matter of Maulalla v. Creazzo (259 App. Div. 932.) Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

The People of the State of New York ex rel. James Cahill, Appellant, v. Joseph H. Wilson, as Warden of Great Meadow Prison, Comstock, N. Y., Respondent.— Motion to prosecute appeal on typewritten record and brief granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

The People of the State of New York, Respondent, v. Matthew Costanza, Appellant.— Application for leave to appeal on typewritten record granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

The People of the State of New York ex rel. Anthony De Bernardo, Appellant, v. William E. Snyder, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Application to extend time in which to perfect appeal. Application granted and time within which to perfect appeal extended three months. Application to prosecute appeal on typewritten record granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

The People of the State of New York ex rel. Kingdon de Normand, Appellant, v. William E. Snyder, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Application to submit appeal on typewritten record granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

The People of the State of New York ex rel. Norman Frank, Appellant, v. Walter B. Martin, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Application to extend time in which to perfect appeal. Application granted and time within which to perfect appeal extended three months. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

The People of the State of New York, Respondent, v. George Frederick, Appellant.— Application to extend time in which to perfect appeal. Application granted and time within which to perfect appeal extended to November 1, 1940, and case to be argued at November Order and General Calendar Term of this court, in the event that it appears after communication with the district attorney